UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STEVENSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GAP INC., a corporation, 504 GAP INC. DISABILITY PLANS, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　Defendants. | Case No. CV10-2241 CW<br><br>ORDER UPON STIPULATION TO DISMISS GAP INC.<br><br><br><br>Complaint Filed: May 24, 2010 |

IT IS HEREBY ORDERED that GAP INC. be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and the dismissal of GAP INC. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and 504 GAP INC. DISABILITY PLANS shall remain the only named defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/12/2010                              _____

　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

Case No. CV10-2241CW
[PROPOSED] ORDER UPON
STIPULATION TO DISMISS

1