1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Amos A. Lowder (Bar No. 269362)
   alowder@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   504 GAP INC. DISABILITY PLANS
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 PAMELA STEVENSON,               ) Case No. CV10-2241 CW
                                   )
12              Plaintiff,         ) STIPULATION TO EXTEND TIME
                                   ) FOR 504 GAP INC. DISABILITY
13        vs.                      ) PLANS TO RESPOND TO INITIAL
                                   ) COMPLAINT [L.R. 6-1]
14 GAP INC., a corporation, 504 GAP)
   INC. DISABILITY PLANS, THE      ) Complaint served:      June 15, 2010
15 PRUDENTIAL INSURANCE            ) Current response date: July 6, 2010
   COMPANY OF AMERICA, a           ) New response date:     July 26, 2010
16 corporation,                    )
                                   )
17              Defendants.        )
                                   )
18

19      WHEREAS, plaintiff PAMELA STEVENSON ("Plaintiff") served upon

20 defendant 504 GAP INC. DISABILITY PLANS ("the Plan") the Complaint in this

21 action on June 15, 2010;

22      WHEREAS, a responsive pleading to the Complaint must be filed and served

23 on behalf of the Plan by July 6, 2010;

24      WHEREAS, for good cause and pursuant to Local Rule 6-1, the parties wish

25 to extend the time within which a responsive pleading to the Complaint must be

26 filed and served by the Plan to July 26, 2010;

27      IT IS HEREBY STIPULATED by and between Plaintiff and the Plan, by and

28 through their respective attorneys of record, that the time within which a responsive

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

                                    1
                                                    Case No. CV10-2241 CW
                                                    STIPULATION TO EXTEND TIME

1 | pleading to Plaintiff's Complaint must be filed and served by the Plan is extended to
2 | July 26, 2010.

3 |     IT IS SO STIPULATED.

5 | Dated:  July 6, 2010      LAW OF OFFICES OF ARTHUR R. SIEGEL
6 |      Arthur R. Siegel

7 |      By: _____/s/ Arthur R. Siegel_____
8 |      Arthur R. Siegel
     Attorney for Plaintiff
9 |      PAMELA STEVENSON

11 | Dated:  July 6, 2010      MESERVE, MUMPER & HUGHES LLP
     Linda M. Lawson
12 |      Amos A. Lowder

14 |      By: _____/s/ Amos A. Lowder_____
     Amos A. Lowder
     Attorneys for Defendant
15 |      504 GAP INC. DISABILITY PLANS

**IT IS SO ORDERED**

*Judge Claudia Wilken*

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)


LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

2

Case No.  CV10-2241 CW
STIPULATION TO EXTEND TIME