UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STEVENSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAP INC., a corporation, 504 GAP INC. DISABILITY PLANS, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation,<br><br>    Defendants. | Case No. CV10-2241 CW<br><br>**ORDER UPON STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

PURSUANT TO STIPULATION IT IS ORDERED, that the following dates be extended to allow the parties to mediate this matter, conduct any necessary fact discovery, and prepare any dispositive motions should this matter not settle.

- ADR Session Cut-Off from November 25, 2010, to January 25, 2011;
- Fact Discovery Cut-Off from January 1, 2011, to February 25, 2011;
- Case Dispositive Motion Hearing from March 3, 2011, to May 5, 2011.

IT IS SO ORDERED

Dated: 11/29/2010

_____
Claudia Wilken
United States District Judge