1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STEVENSON, | Case No. CV 10-2241 CW |
| Plaintiff, | **ORDER UPON STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| GAP INC., a corporation, 504 GAP INC. DISABILITY PLANS, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation., | |
| Defendants. | Complaint Filed: May 24, 2010 |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. CV 10-2241 CW is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: **January 3 , 2011**

_____
Hon. Claudia Wilken
United States District Judge

115526.1

1

Case No. CV 10-2241 CW
[PROPOSED] ORDER UPON STIPULATION
FOR DISMISSAL WITH PREJUDICE